# Third District Court of Appeal

## State of Florida

Opinion filed October 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1156
Lower Tribunal No. 19-28057
_____

**BRC Construction Roofing Corp.,**
Appellant,

vs.

**Miami Dade County, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Jerome Ramsaran, P.A., and Jerome Ramsaran, for appellant.

Holland & Knight LLP, and Rebecca M. Plasencia and Jose A. Casal, for appellee Clerk of Court for Miami-Dade County; and Martinez Law Group, PLLC, and Jeissa Martinez, for appellee Clarity Investment Group, LLC.

Before EMAS, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.